IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PHLIPSEN, | § | |
|     PLAINTIFF | § | |
| VS. | § | CIVIL ACTION |
| | § | |
| SAVINGS SQUARE PARTNERS 2009, LP D/B/A SAVINGS SQUARE AND HONG WANG A/K/A HUACHUN WANG, | § § § § § | FILE NO. 5:19-CV-1439-OLG |
|     DEFENDANTS. | | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff RYAN PHLIPSEN ("Plaintiff") and Defendants, SAVINGS SQUARE PARTNERS 2009, LP D/B/A SAVINGS SQUARE AND HONG WANG A/K/A HUACHUN WANG ("Defendants"), collective, the "Parties", respectfully provide this joint notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                                              Respectfully submitted,
                                              **KURZ LAW GROUP, LLC**
                                              4355 Cobb Parkway, Suite J-285
                                              Atlanta, GA 30339
                                              dennis@kurzlawgroup.com
                                              (404) 805-2494 Telephone
                                              (770) 428-5356 Facsimile

                                              By: */s/ Dennis R. Kurz*
                                                    Dennis R. Kurz

        Texas State Bar No. 24068183
        dennis@kurzlawgoup.com
        **ATTORNEYS FOR PLAINTIFF**

        **The McClenahan Law Firm, PLLC**
        14603 Hueber Road, Building 32
        San Antonio, Texas 78230
        barry@mcclenahanlawfirm.com
        (201) 525-9600 Telephone
        (210) 525-9602 Facsimile

By:   */s/ Barry A. McClenahan*
        Barry A. McClenahan
        Texas State Bar No. 13404400
        barry@mcclenahanlawfirm.com
        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21ST day of October, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Barry A. McClenahan
THE MCCLENAHAN LAW FIRM, PLLC
14603 Hueber Road, Building 32
San Antonio, Texas 78230
*Attorney for Defendants*

                                          */s/ Dennis R. Kurz*
                                          Dennis R. Kurz