IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PHILPSEN, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAVINGS SQUARE PARTNERS 2009, ) <br> LP d/b/a SAVINGS SQUARE AND ) <br> HONG WANG a/k/a ) <br> HUACHUN WANG, ) <br> ) <br>    Defendants. ) | CIVIL ACTION <br><br> FILE No. 5:19-cv-1439-OLG |

## STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, Ryan Philpsen ("Plaintiff"), by and through the undersigned counsel, and hereby files this Stipulation to Dismiss Complaint with Prejudice.

Respectfully submitted this 5th day of November, 2020.

                              Respectfully submitted,

                              **KURZ LAW GROUP, LLC**
                              4355 Cobb Parkway, Suite J-285
                              Atlanta, GA 30339
                              www.kurzlawgroup.com
                              (404) 805-2494 Telephone
                              (770) 428-5356 Facsimile

                              By: */s/ Dennis R. Kurz*
                                     Dennis R. Kurz
                                   Texas State Bar No. 24068183
                                   dennis@kurzlawgroup.com
                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of November, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Barry A. McClenahan, Esq.
The McClenahan Law Firm, PLLC
14603 Hueber Road, Building 32
San Antonio, Texas 78230
barry@mcclenahanlawfirm.com
*Attorney for Defendants Savings Square*
*Partners 2009 d/b/a Savings Square and*
*Hong Wang a/k/a Huachun Wang*

                                                          */s/ Dennis R. Kurz*
                                                          Dennis R. Kurz